RICHARD R. SUTHERLAND (SBN 240858)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, CA 95814
(916) 446-4692 Telephone
(916) 447-4614 Facsimile

Attorneys for Plaintiff
DONNA BAILEY

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DONNA BAILEY,<br><br>  Plaintiff,<br><br>v.<br><br>RAY ANTHONY MONTGOMERY; SWIFT TRANSPORTATION CORPORATION, INC. dba SWIFT LEASING COMPANY, INC.; M.S. CARRIERS WAREHOUSING & DISTRIBUTION, INC. aka M.S. CARRIER; and DOES 1 TO 100, inclusive,<br><br>  Defendants. | Case No.    2:06-CV-01060-LKK-KJM<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br>**[FED. R. CIV. P. 41(a)(1)]** |

　　　　IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) , by and between Plaintiff DONNA BAILEY and Defendants RAY A. MONTGOMERY, SWIFT TRANSPORTATION CO., INC. AND M.S. CARRIERS WAREHOUSING & DISTRIBUTION, INC. (collectively "Defendants"), as follows:

1.　　This action was commenced in California Superior Court, Solano County, on March 9, 2006. It was subsequently removed to the United States District Court, Eastern District, based upon diversity of citizenship under 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

2.　　The action is not a class action; a receiver has not been appointed; and the action is not governed

1. by any statute of the United States that requires an order of the court for dismissal.

2. 3.     This action is hereby dismissed, in its entirety, with prejudice, based upon settlement between Plaintiff and all Defendants having appeared in this action.  Each side to bear their own costs and fees associated with the initiation of this lawsuit.

///

///

Respectfully Submitted.

Dated: January 25, 2007             **MASTAGNI, HOLSTEDT, AMICK,**
                                    **MILLER, JOHNSEN & UHRHAMMER**


                                    _____/s/_____
                                    RICHARD R. SUTHERLAND
                                    Attorneys for Plaintiff DONNA BAILEY


Respectfully Submitted.

Dated: January 25, 2007             **BURNHAM & BROWN**


                                    _____/s/_____
                                    DEREK LIM
                                    Attorneys for Defendants RAY A.
                                    MONTGOMERY; SWIFT
                                    TRANSPORTATION CO., INC.; and M.S.
                                    CARRIERS WAREHOUSING &
                                    DISTRIBUTION, INC.

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL          CASE NO.  2:06-CV-1060-LKK-KJM

2

**[PROPOSED] ORDER**

It appearing to the Court that the above-entitled action has been fully settled, adjusted, and compromised, and based on stipulation; therefore,

IT IS ORDERED AND ADJUDGED that the above-entitled action be, and is hereby, dismissed, without cost to either party and with prejudice to the Plaintiff.

Dated: January 25, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---
3
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL        CASE NO. 2:06-CV-1060-LKK-KJM